UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD,<br><br>    Plaintiff,<br><br>    v.<br><br>CECILIA ARZAGA, et al.,<br><br>    Defendants. | No. 2: 19-cv-0321 AC P<br><br>ORDER and ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner, proceeding with a civil rights action, pursuant to 42 U.S.C. § 1983. On March 4, 2020, the undersigned conducted a settlement conference in this action. The parties reached a settlement agreement. On March 18, 2020, the parties voluntarily dismissed this action, pursuant to the settlement agreement.

On July 8, 2020, the undersigned received a letter from plaintiff alleging that defendant Arzaga has not paid him, in accordance with the settlement agreement.

Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, defendant Arzaga, represented by the Steele Law Group, shall inform the court of the status of their payment of the settlement proceeds; if the payment has not occurred, defendant shall show cause why the payment has not occurred.

Dated: July 13, 2020

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE