1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     CRAIG RICHARD,                                No.  2: 19-cv-0321 AC P

12                    Plaintiff,

13           v.                                      ORDER

14     CECILIA ARZAGA, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18     to 42 U.S.C. § 1983.  On March 4, 2020, the undersigned conducted a settlement conference in

19     this action.  The parties reached a settlement agreement.  On March 18, 2020, the parties

20     voluntarily dismissed this action, pursuant to the settlement agreement.

21          On July 8, 2020, the undersigned received a letter from plaintiff alleging that defendant

22     Arzaga had not paid him, in accordance with the settlement agreement.  On July 13, 2020, the

23     undersigned ordered defendant Arzaga, represented by the Steele Group, to inform the court

24     within seven days of the status of their payment of the settlement proceeds; if the payment had

25     not occurred, defendant Arzaga was directed to show cause why payment had not occurred.

26     ////

27     ////

28     ////

                                                    1

1    On July 13, 2020, defendant Arzaga filed a response to the July 13, 2020 order.

2  Defendant Arzaga's response reflects that timely payment of the settlement proceeds has

3  occurred.  Good cause appearing, the order to show cause is withdrawn.  If the money paid by

4  defendant Arzaga has not been deposited into plaintiff's prison trust account, plaintiff shall

5  inform the court.

6    Accordingly, IT IS HEREBY ORDERED that the July 13, 2020 order to show cause is

7  withdrawn based on the undersigned's finding that defendant Arzaga timely paid the settlement

8  proceeds.

9  Dated:  July 27, 2020

10

11  _____
   KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2